**7**

Lovornia OCKLETREE v. STATE. (No. 10558.) (Court of Criminal Appeals of Texas. Jan. 19, 1927.) Appeal from Criminal District Court, Dallas County; Felix D. Robertson, Judge. Henry Tirey, of Dallas, for appellant. Sam D. Stinson, State's Atty., of Aus-

tin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

LATTIMORE, J.   Conviction in, criminal district court of Dallas county of murder; punishment, 25 years in the penitentiary.   The record is before us without any statement of facts or bills of exception.   The indictment correctly charges the offense, and the charge of the court conforms ·thereto.   No error appearing in the record, the judgment will be affirmed.